UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LOIS MOLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:18-cv-02505-WCG-TAB |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal. The Court, having reviewed the Stipulation, now APPROVES same.

IT IS THEREFORE ORDERED that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: _____January 7_____, 2019.

        s/ William C. Griesbach
William C. Griesbach, Chief Judge[*]
United States District Court - WIED

Service will be made electronically to all ECF-registered counsel of record via email generated by the Court's ECF system.

---

[*] Of the Eastern District of Wisconsin, sitting by designation.